# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| ROBERT FREEMAN | § § | |
| vs. | § § | Civil Action No.   4:20cv937 |
| | | Judge Mazzant |
| CAPITAL MANAGEMENT HOLDINGS, LLC, ET AL. | § § § | |

## ORDER OF DISMISSAL

The Court, having sent to counsel for Plaintiff a Notice of Impending Dismissal (Dkt. #5) and the Court docket indicating no response thereto having been filed,

NOW THEREFORE, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, hereby **DISMISSES** this matter without prejudice.

**IT IS SO ORDERED.**

SIGNED this 5th day of May, 2021.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE